FILED: April 22, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4235

(1:13-cr-00310-GBL-3)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

EDGAR JAVIER BELLO MURILLO, a/k/a Payaso

   Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:13-cr-00310-GBL-3 |
| Date notice of appeal filed in originating court: | 04/21/2015 |
| Appellant (s) | Edgar Jaiver Bello Murillo |
| Appellate Case Number | 15-4235 |
| Case Manager | Joy Hargett Moore<br>804-916-2702 |