UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Appellee, | ) |
| v. | ) Record No. 15-4235 |
| EDGAR JAVIER BELLO MURILLO, A/K/A PAYASO, | ) |
| Appellant. | ) |

APPELLANT'S MOTION FOR LEAVE TO FILE A CORRECTED BRIEF

Appellant in this case, by and through undersigned counsel, hereby moves pursuant to Fed. R. App. P. 27 and Local Rule 27 for leave to file a Corrected Brief. The printing concern contracted for the printing and filing of Appellant's Brief filed the Brief on August 7, 2015 without first sending a proof to undersigned counsel. Consequently, there are several clerical errors in the filed Brief which are stylistic as opposed to substantive in nature. Additionally, the Brief does not include a request for oral argument - which omission is in error. Appellant's counsel has now corrected the Brief. Appellant will also supply paper copies of the Corrected Brief, in accordance with the Court's Filing Preferences.

Counsel for the Government does not object to this motion.

1

Respectfully submitted,

EDGAR JAVIER BELLO-MURILLO
   By Counsel

<u>/s/ John C. Kiyonaga</u>
John C. Kiyonaga

108 N. Alfred Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
E-mail: john@johnckiyonaga.com

Counsel for Edgar Javier Bello-Murillo

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 11th day of August, 2015, I caused this Appellant's Motion For Leave To File A Corrected Brief to be filed electronically with the Clerk of the Court using the CM/ECF System, with consequent service to the following registered CM/ECF users:

AUSA Michael P. Ben'Ary
OFFICE OF THE U.S. ATTORNEY
2100 Jamieson Avenue
Alexandria, Virginia  22314
(703) 299-3700

*Counsel for Appellee*

Elizabeth D. Collery, Esq.
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Appellate Section
950 Pennsylvania Avenue, NW,
Suite 1264
Washington, DC  20530
(202) 353-3891

*Counsel for Appellee*

Stacey K. Luck, Esq.
U.S. Dept. of Justice
Criminal Div., Human Rts. & Special Prosecutions
1301 New York Ave., NW
Wash., DC 20005
(202) 514-5650

*Counsel for Appellee*

/s/ John C. Kiyonaga
John C. Kiyonaga

3