FILED: August 11, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4235

(1:13-cr-00310-GBL-3)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

EDGAR JAVIER BELLO MURILLO, a/k/a Payaso

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file a corrected brief, the court grants the motion and accepts the corrected brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk